**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-cr-97-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIRGINIA ROJAS,

    Defendant.

---

**INFORMATION**

---

The United States Attorney charges:

**COUNTS 1 AND 2
Theft of Government Property
18 U.S.C. § 641**

On or about the dates listed in the table below, in the State and District of Colorado, the defendant, VIRGINIA ROJAS, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another money of the United States, the value of such property in the aggregate exceeding the sum of $1,000, to wit, Social Security benefits intended for her deceased mother-in-law G.R., with the values listed in the table below.

| COUNT | DATE | GOVERNMENT FUNDS |
|---|---|---|
| 1 | 2/3/2022 | $614.00 of G.R.'s Title II Retirement Insurance Benefits |
| 2 | 2/3/2023 | $688.00 of G.R.'s Title II Retirement Insurance Benefits |

All in violation of Title 18, United States Code, Section 641.

PETER MCNEILLY
United States Attorney

By: *s/ Laura A. Shattuck*
Laura A. Shattuck
Special Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0355
Fax: (303) 454-0406
E-mail: Laura.Shattuck@usdoj.gov
Attorney for the United States